**Anne Oddo, Appellee, v. Jasper Oddo, Appellant.**

**Gen. No. 45,046.**

Heard in the first division, first

district, this court at the February term, 1950. Myer H. Gladstone, for appellant; no appearance, for appellee. Opinion by PRESIDING JUSTICE TUOHY. Not to be published in full. Opinion filed June 19, 1950; released for publication September 7, 1950.